IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEBBIE ZELLO, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) **Case No.: 3:14-cv-01425** |
| | ) |
| DYNAMIC RECOVERY SOLUTIONS, LLC, | ) |
| | ) |
| Defendant | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: January 29, 2015    BY: */s/ Angela K. Troccoli*
                           Angela K. Troccoli, Esquire
                           Id# ct28597
                           Kimmel & Silverman, P.C
                           The New England Office
                           136 Main Street, Suite 301
                           Danielson, CT 06239
                           Phone: (860) 866-4380
                           Facsimile: (860) 263-0919
                           Email: atroccoli@creditlaw.com
                           Attorney for Plaintiff

## Certificate of Service

I hereby certify that on this 29th day of January, 2015, a true and correct copy of the foregoing pleading served via mail to the below:

Chad V. Echols, Esq.
The Echols Firm, LLC
115 Oakland Avenue
Suite 102
Rock Hill, SC 29730
chad.echols@theecholsfirm.com

                                         */s/ Angela K. Troccoli*
                                         Angela K. Troccoli, Esquire
                                         Id# ct28597
                                         Kimmel & Silverman, P.C
                                         The New England Office
                                         136 Main Street, Suite 301
                                         Danielson, CT 06239
                                         Phone: (860) 866-4380
                                         Facsimile: (860) 263-0919
                                         Email: atroccoli@creditlaw.com
                                         Attorney for Plaintiff